**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NEAL POWELL, : | |
| : | Civil No. 3:15-CV-1438 |
| Petitioner : | |
| : | |
| v. : | |
| : | (Magistrate Judge Carlson) |
| WARDEN, U.S. P. ALLENWOOD, : | |
| : | |
| Respondent : | |

**ORDER**

AND NOW, this 29th day of October 2015, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DENIED, that a certificate of appealability shall not issue, and the Clerk is directed to CLOSE this file.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge